IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DEREK ARD,<br>PEGGY GLOCK,<br>TAMALEE LINDBOM,<br>SUMMER OWENSBY and<br>ROGER PHILLIPS,<br><br>      Defendants. | CR 06-125-BLG-RFC<br><br><br><br><br>**ORDER GRANTING ADDITIONAL TIME TO FILE RESPONSE TO MOTION TO SEVER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the United States has until Tuesday, July 3, 2007 in which to file their response to defendant Owensby's Motion to Sever.

DATED this _____ day of June, 2007.

							_____
							RICHARD F. CEBULL
							U.S. District Judge